# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-242

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

      **Title of Work:** Tropical exotic bird, leaves and flowers

## Completion/Publication

      **Year of Completion:** 2015
      **Date of 1st Publication:** May 09, 2015
      **Nation of 1st Publication:** Belarus

## Author

      • **Author:** Elena Faenkova
      **Author Created:** 2-D artwork
      **Citizen of:** Belarus

## Copyright Claimant

      **Copyright Claimant:** Elena Faenkova
      11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

      **Name:** Elena Faenkova
      **Email:** dobrynina_art@mail.ru
      **Address:** 11-106 Yana Chechota Street
      Minsk Belarus

## Certification

      **Name:** David Denholm
      **Date:** May 21, 2025
      **Applicant's Tracking Number:** EF2025051551



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-245

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** Cute dinosaurs watercolor seamless pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 08, 2018
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051515



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-803

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:**  Cats seamless pattern for textile

## Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  August 19, 2021
**Nation of 1ˢᵗ Publication:**  Belarus

## Author

- **Author:**  Elena Faenkova
  **Author Created:**  2-D artwork
  **Citizen of:**  Belarus

## Copyright Claimant

**Copyright Claimant:**  Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:**  Elena Faenkova
**Email:**  dobrynina_art@mail.ru
**Address:**  11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:**  David Denholm
**Date:**  May 20, 2025
**Applicant's Tracking Number:**  EF2025051502



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-786

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
    **Title of Work:** Cute dog seamless pattern

## Completion/Publication
    **Year of Completion:** 2016
    **Date of 1st Publication:** April 17, 2016
    **Nation of 1ˢᵗ Publication:** Belarus

## Author
    • **Author:** Elena Faenkova
    **Author Created:** 2-D artwork
    **Citizen of:** Belarus

## Copyright Claimant
    **Copyright Claimant:** Elena Faenkova
      11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions
    **Name:** Elena Faenkova
    **Email:** dobrynina_art@mail.ru
    **Address:** 11-106 Yana Chechota Street
      Minsk  Belarus

## Certification
    **Name:** David Denholm
    **Date:** May 21, 2025
    **Applicant's Tracking Number:** EF2025051516



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-241**

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** Valentine day. Watercolor illustration for card with a cute penguin and red heart.

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 09, 2014
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

Page 1 of 2

**Applicant's Tracking Number:**   EF2025051552



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-146

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** Cute bunny seamless pattern. rabbit watercolor illustration. wild animal. herbal background. decorative botanical flower, plant, herb and leaves ornament.

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 03, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:**   EF2025051511



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-799

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
   **Title of Work:** Cute bunny seamless pattern

## Completion/Publication
   **Year of Completion:** 2017
   **Date of 1st Publication:** March 30, 2017
   **Nation of 1st Publication:** Belarus

## Author
   ●  **Author:** Elena Faenkova
   **Author Created:** 2-D artwork
   **Citizen of:** Belarus

## Copyright Claimant
   **Copyright Claimant:** Elena Faenkova
   11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions
   **Name:** Elena Faenkova
   **Email:** dobrynina_art@mail.ru
   **Address:** 11-106 Yana Chechota Street
   Minsk  Belarus

## Certification
   **Name:** David Denholm
   **Date:** May 20, 2025
   **Applicant's Tracking Number:** EF2025051510



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-795

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Title of Work:** Cow watercolor illustration. farm animals.

## Completion/Publication
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Year of Completion:** 2015
**Date of 1st Publication:** November 21, 2015
**Nation of 1st Publication:** Belarus

## Author
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Name:** David Denholm
**Date:** May 20, 2025
**Applicant's Tracking Number:** EF2025051509



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-679

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Canary bird watercolor illustration |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | February 16, 2017 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | | |
|---|---|---|
| • | **Author:** | Elena Faenkova |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 20, 2025 |
| **Applicant's Tracking Number:** | EF2025051501 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-681

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
 
**Title of Work:** Emperor penguin seamless pattern II

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 27, 2017
**Nation of 1ˢᵗ Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051532



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-680

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Emperor penguin seamless pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 27, 2017 |
| **Nation of 1ˢᵗ Publication:** | Belarus |

## Author

| | |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051531 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-747

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Fox watercolor illustration. Mothers day card.

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 25, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051535

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-247

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title
        **Title of Work:** Cute cats seamless pattern

## Completion/Publication
      **Year of Completion:** 2016
    **Date of 1st Publication:** April 24, 2016
  **Nation of 1st Publication:** Belarus

## Author
          •     **Author:** Elena Faenkova
    **Author Created:** 2-D artwork
       **Citizen of:** Belarus

## Copyright Claimant
  **Copyright Claimant:** Elena Faenkova
               11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions
        **Name:** Elena Faenkova
        **Email:** dobrynina_art@mail.ru
     **Address:** 11-106 Yana Chechota Street
             Minsk Belarus

## Certification
         **Name:** David Denholm
          **Date:** May 21, 2025
 **Applicant's Tracking Number:** EF2025051514



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-797

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:**   Cute giraffe. watercolor illustration. african animals. exotic nature. wildlife.

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   July 07, 2015
**Nation of 1st Publication:**   Belarus

## Author

- **Author:**   Elena Faenkova
**Author Created:**   2-D artwork
**Citizen of:**   Belarus

## Copyright Claimant

**Copyright Claimant:**   Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:**   Elena Faenkova
**Email:**   dobrynina_art@mail.ru
**Address:**   11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:**   David Denholm
**Date:**   May 21, 2025
**Applicant's Tracking Number:**   EF2025051519

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-633

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

      **Title of Work:**  Cute little forest animals seamless pattern. watercolor wild nature illustration. animal print. Racoon. Fox. Bunny. Deer. Hadgehog.

## Completion/Publication

      **Year of Completion:**  2020
    **Date of 1st Publication:**  June 10, 2020
   **Nation of 1st Publication:**  Belarus

## Author

      &bull;    **Author:**  Elena Faenkova
    **Author Created:**  2-D artwork
       **Citizen of:**  Belarus

## Copyright Claimant

    **Copyright Claimant:**  Elena Faenkova
              11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

          **Name:**  Elena Faenkova
          **Email:**  dobrynina_art@mail.ru
      **Address:**  11-106 Yana Chechota Street
              Minsk  Belarus

## Certification

          **Name:**  David Denholm
           **Date:**  May 21, 2025

**Applicant's Tracking Number:**   EF2025051521



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-778

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
          **Title of Work:** Cartoon insects seamless pattern

## Completion/Publication
          **Year of Completion:** 2020
       **Date of 1st Publication:** May 06, 2020
     **Nation of 1st Publication:** Belarus

## Author
    •         **Author:** Elena Faenkova
      **Author Created:** 2-D artwork
         **Citizen of:** Belarus

## Copyright Claimant
     **Copyright Claimant:** Elena Faenkova
            11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions
            **Name:** Elena Faenkova
           **Email:** dobrynina_art@mail.ru
        **Address:** 11-106 Yana Chechota Street
              Minsk  Belarus

## Certification
            **Name:** David Denholm
             **Date:** May 21, 2025
  **Applicant's Tracking Number:** EF2025051559



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-236**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Christmas seamless pattern with deer. watercolor winter holidays decorative elements.

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 15, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:**   EF2025051508



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-635

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
      **Title of Work:** Cute penguin. watercolor illustration. arctic animals. wildlife. polar nature.

## Completion/Publication
      **Year of Completion:** 2015
      **Date of 1st Publication:** July 07, 2015
      **Nation of 1st Publication:** Belarus

## Author
      • **Author:** Elena Faenkova
      **Author Created:** 2-D artwork
      **Citizen of:** Belarus

## Copyright Claimant
      **Copyright Claimant:** Elena Faenkova
      11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions
      **Name:** Elena Faenkova
      **Email:** dobrynina_art@mail.ru
      **Address:** 11-106 Yana Chechota Street
      Minsk Belarus

## Certification
      **Name:** David Denholm
      **Date:** May 21, 2025
      **Applicant's Tracking Number:** EF2025051523



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-754

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
|  |  |
|---|---|
| **Title of Work:** | Funny zebra |

## Completion/Publication
|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 27, 2015 |
| **Nation of 1st Publication:** | Belarus |

## Author
|  |  |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant
|  |  |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions
|  |  |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification
|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051538 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-758

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
        **Title of Work:**   Rainbow Zebra

## Completion/Publication
        **Year of Completion:**   2015
   **Date of 1st Publication:**   October 13, 2015
  **Nation of 1st Publication:**   Belarus

## Author
    &bull;       **Author:**   Elena Faenkova
     **Author Created:**   2-D artwork
         **Citizen of:**   Belarus

## Copyright Claimant
   **Copyright Claimant:**   Elena Faenkova
                            11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions
            **Name:**   Elena Faenkova
          **Email:**   dobrynina_art@mail.ru
       **Address:**   11-106 Yana Chechota Street
                            Minsk  Belarus

## Certification
            **Name:**   David Denholm
             **Date:**   May 21, 2025
**Applicant's Tracking Number:**   EF2025051543

Page 1 of 2

