IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FAENKOVA ELENA VALENTINOVNA,
                           Plaintiff,

v.                                                    Civil Action No. 25-cv-1854


                                                      **FILED UNDER SEAL**

SCHEDULE A DEFENDANTS,

                           Defendants.


## DISCLOSURE STATEMENT


Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff, in the above captioned action, certify that there are no parents, subsidiaries and/or

affiliates of said party that have issued shares or debt securities to the public.

                                    Respectfully submitted,



Dated: December 1, 2025

                                    /s/ Stanley D. Ference III
                                    Stanley D. Ference III
                                    Pa. ID No. 59899
                                    courts@ferencelaw.com

                                    FERENCE & ASSOCIATES LLC
                                    409 Broad Street
                                    Pittsburgh, Pennsylvania 15143
                                    (412) 741-8400 – Telephone
                                    (412) 741-9292 – Facsimile

                                    Attorneys for Plaintiff