**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

| | |
|---|---|
| **BRANDY S. LONCHENA** | |
| CLERK OF COURT | IN REPLYING GIVE NUMBER |
| 412–208–7500 | OF CASE AND NAMES OF PARTIES |

Date: December 10, 2025

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

      **RE:   FAENKOVA ELENA VALENTINOVNA vs.  SCHEDULE A DEFENDANTS**
      Case Number:   **2:25–CV–01854–CBB**

Dear Sir or Madam:

   In compliance with the provisions of 17 U.S.C. 508, enclosed is a copy of the complaint, docket entries and AO 121 form which was filed in the United States District Court for the Western District of Pennsylvania.

          Sincerely,

          BRANDY S. LONCHENA
          CLERK OF COURT

    By:   /s/ **Karen Sawdy**
          Deputy Clerk

Enclosures