COPYRIGHT,EMK

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:25-cv-01854-CBB

VALENTINOVNA v. SCHEDULE A DEFENDANTS
Assigned to: Magistrate Judge Christopher B. Brown
Cause: 17:501 Copyright Infringement

Date Filed: 12/01/2025
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**FAENKOVA ELENA VALENTINOVNA**      represented by **Stanley D. Ference , III**
Ference & Associates
409 Broad Street
Pittsburgh, PA 15143
(412) 741-8400
Email: courts@ferencelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SCHEDULE A DEFENDANTS**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2025 | 1 | COMPLAINT against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, receipt number APAWDC-9223577), filed by FAENKOVA ELENA VALENTINOVNA. (Attachments: # 1 Exhibit 1 - Copyright Registrations, # 2 Exhibit 2 - Combating Trafficking in Counterfeit and Pirated Goods, # 3 Exhibit 3 - Intellectual Property Rights Seizure Statistics, # 4 Civil Cover Sheet) (Ference, Stanley) (Entered: 12/01/2025) |
| 12/02/2025 | | Magistrate Judge Christopher B. Brown added. (kss) (Entered: 12/02/2025) |
| 12/02/2025 | | **CLERK'S REQUEST FOR CORRECTIVE ACTION** re 1 COMPLAINT. ERRORS: Civil Cover Sheet missing the county for the plaintiff. Filer must submit AO 121 Report on the Filing or Determination of an Action or appeal Regarding a Copyright. **CORRECTIONS: Filer to submit a corrected civil cover sheet by using the Errata event, linking it to the initial pleading. Filer also advised to file the Notice within 7 days. The link to the report can be found under Other Forms at: http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx** (kss) (Entered: 12/02/2025) |
| 12/03/2025 | 2 | STANDING ORDER ON RULE 12(b) MOTIONS. Signed by Magistrate Judge Christopher B. Brown on 12/3/2025. (cmc) (Entered: 12/03/2025) |
| 12/09/2025 | 3 | AO 121 NOTICE by FAENKOVA ELENA VALENTINOVNA (Attachments: # 1 Additional Register copyrights) (Ference, Stanley) (Entered: 12/09/2025) |

| 12/09/2025 | | 4 | Disclosure Statement identifying NONE as corporate parent or other affiliate by FAENKOVA ELENA VALENTINOVNA. (Ference, Stanley) (Entered: 12/09/2025) |
| 12/09/2025 | | 5 | MOTION for Leave to File Documents Under Seal by FAENKOVA ELENA VALENTINOVNA. (Attachments: # 1 Proposed Order) (Ference, Stanley) (Entered: 12/09/2025) |