| Register of Copyrights | U.S. District Court for the Western District of Pennsylvania |
|---|---|
| U.S. Copyright Office | 700 Grant Street |
| 101 Independence Ave. S.E. | Pittsburgh, Pennsylvania 15219 |
| Washington, D.C. 20559-6000 | |

| PLAINTIFF: | | DEFENDANT: |
|---|---|---|
| ELENA FAENKOVA | 25-cv-1854 | SCHEDULE A DEFENDANTS, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 6  VA 2-454-146 | Cute bunny seamless pattern. rabbit watercolor illustration | ELENA FAENKOVA |
| 7  VA 2-454-799 | Cute bunny seamless pattern | ELENA FAENKOVA |
| 8  VA 2-454-795 | Cow watercolor illustration. farm animals. | ELENA FAENKOVA |
| 9  VA 2-453-679 | Canary bird watercolor illustration | ELENA FAENKOVA |
| 10 VA 2-454-681 | Emperor penguin seamless pattern II | ELENA FAENKOVA |
| 11 VA 2-454-680 | Emperor penguin seamless pattern | ELENA FAENKOVA |
| 12 VA 2-454-747 | Fox watercolor illustration. Mothers day card. | ELENA FAENKOVA |
| 13 VA 2-454-247 | Cute cats seamless pattern | ELENA FAENKOVA |
| 14 VA 2-454-797 | Cute giraffe. watercolor illustration | ELENA FAENKOVA |
| 15 VA 2-454-633 | Cute little forest animals seamless pattern | ELENA FAENKOVA |
| 16 VA 2-454-778 | Cartoon insects seamless pattern | ELENA FAENKOVA |
| 17 VA 2-454-236 | Christmas seamless pattern with deer | ELENA FAENKOVA |
| 18 VA 2-454-635 | Cute penguin. watercolor illustration | ELENA FAENKOVA |
| 19 VA 2-454-754 | Funny zebra | ELENA FAENKOVA |
| 20 VA 2-454-758 | Rainbow Zebra | ELENA FAENKOVA |

In the above-entitled case, the following copyright(s) have been included:

COPYRIGHT                 TITLE OF WORK                                      AUTHOR OR WORK

REGISTRATION NO.

| | | | |
|---|---|---|---|
| 4 | VA 2-454-786 | White Sand Blue Sea | ELENA FAENKOVA |
| 5 | VA 2-454-241 | Plum Tides | ELENA FAENKOVA |
| 6 | VA 2-454-146 | Cute bunny seamless pattern. rabbit watercolor illustration | ELENA FAENKOVA |
| 7 | VA 2-454-799 | Cute bunny seamless pattern | ELENA FAENKOVA |
| 8 | VA 2-454-795 | Cow watercolor illustration. farm animals. | ELENA FAENKOVA |
| 9 | VA 2-453-679 | Canary bird watercolor illustration | ELENA FAENKOVA |
| 10 | VA 2-454-681 | Emperor penguin seamless pattern II | ELENA FAENKOVA |
| 11 | VA 2-454-680 | Emperor penguin seamless pattern | ELENA FAENKOVA |
| 12 | VA 2-454-747 | Fox watercolor illustration. Mothers day card. | ELENA FAENKOVA |
| 13 | VA 2-454-247 | Cute cats seamless pattern | ELENA FAENKOVA |
| 14 | VA 2-454-797 | Cute giraffe. watercolor illustration | ELENA FAENKOVA |
| 15 | VA 2-454-633 | Cute little forest animals seamless pattern | ELENA FAENKOVA |
| 16 | VA 2-454-778 | Cartoon insects seamless pattern | ELENA FAENKOVA |
| 17 | VA 2-454-236 | Christmas seamless pattern with deer | ELENA FAENKOVA |
| 18 | VA 2-454-635 | Cute penguin. watercolor illustration | ELENA FAENKOVA |
| 19 | VA 2-454-754 | Funny zebra | ELENA FAENKOVA |
| 20 | VA 2-454-758 | Rainbow Zebra | ELENA FAENKOVA |