IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| FAENKOVA ELENA VALENTINOVNA, | ) ) Civil Action No. 2:25-CV-01854-CBB ) |
| Plaintiff, | ) ) United States Magistrate Judge ) Christopher B. Brown |
| vs. | ) ) |
| SCHEDULE A DEFENDANTS, | ) ) ) |
| Defendants, | |

**ORDER ON PLAINTIFF'S MOTION TO FILE UNDER SEAL, ECF No. 5**

On this day, the Court considered Plaintiff's *Ex Parte* Motion to File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, the following:

1) Plaintiff's Schedule "A" to the Complaint; 2) Plaintiff's *ex parte* application for a temporary restraining order and the supporting documents; 3) Plaintiff's *ex parte* application for alternative service and the supporting documents; and 4) the summonses in this action, under seal until the hearing on Plaintiff's application for temporary *ex parte* relief or further order of the Court.

It is also hereby ORDERED that, notwithstanding this Order to Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

DATED this 10th day of December, 2025.

                                              BY THE COURT:

                                              s/Christopher B. Brown
                                              United States Magistrate Judge

CC: All counsel of record, *via ECF*