IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FAENKOVA ELENA VALENTINOVNA,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No. 25-cv-1854

UNDER SEAL

**[~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

AND NOW, this 10th day of February 2026 ~~December, 2025~~, upon consideration of Plaintiff's Motion to Exceed Page Limit,

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall accept Plaintiff's Memorandum of Law in Support of its Ex Parte Application for (1) a Temporary Restraining Order; (2) an Order Restraining Assets and Merchant Storefronts; (3) an Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (4) an Order Authorizing Expedited Discovery, as filed, irrespective of page limitations established by the Court.

United States District Judge

cc Stanley D. Ference, III, Esq.
courts@ferencelaw.com