IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAENKOVA ELENA VALENTINOVNA,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Case No. 25-cv-1854<br><br>(Judge Hornak) |

**PLAINTIFF'S MOTION TO REDUCE ASSET RESTRAINT AS TO DEFENDANTS**
**<u>EROSEBRIDAL (Def. No. 63), ZANLN (Def. No. 92), and ShoPen (Def. No. 258)</u>**

Amazon has advised Plaintiff that Amazon is holding approximately $2.2 million for Defendant EROSEBRIDAL (Def. No. 63), approximately $850,000 for Defendant ZANLIN (Def. No. 92), and approximately $250,000 for Defendant ShoPen (Def. No. 258). The Copyright statute provides for statutory damages in the amount of $150,000 for the claims that Plaintiff has asserted in this action. 17 U.S.C. § 504(c)(2). Accordingly, Plaintiff hereby moves for an order reducing the frozen funds to the amount of $150,000 for each of these Defendants and directing Amazon to make any funds over that amount available for distribution to these Defendants.

The frozen funds would continue remain in Amazon's possession and be available for distribution to the prevailing party. Thus, there is no risk of loss of the funds and no need for adjustment to the bond.

A proposed Order granting this motion is submitted herewith.

[SIGNATURE APPEARS ON FOLLOWING PAGE]

Respectfully submitted,

Dated: March 9, 2026         /s/ Stanley D. Ference III
                             Stanley D. Ference III
                             Pa. ID No. 59899
                             courts@ferencelaw.com

                             FERENCE & ASSOCIATES LLC
                             409 Broad Street
                             Pittsburgh, Pennsylvania 15143
                             (412) 741-8400 – Telephone
                             (412) 741-9292 – Facsimile

                             Attorneys for Plaintiff