UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


FAENKOVA ELENA VALENTINOVNA,        Plaintiff,


v.                    Civil Action No. 2:25-cv-01854-MRH


THE PARTNERSHIPS AND UNINCORPORATED

ASSOCIATIONS IDENTIFIED ON SCHEDULE A,    Defendants.


DEFENDANT IURII TULIN'S DISCLOSURE STATEMENT


Defendant Iurii Tulin, appearing pro se, submits this Disclosure Statement pursuant to Local Rule 7.1.A and states as follows:


1. Defendant Iurii Tulin is an individual.


2. "7DOTS ART" is only a storefront name or trade name used in connection with an online seller account and is not a separate legal entity.


3. Defendant has no parent corporation, and no publicly held corporation owns any interest in Defendant or in 7DOTS ART.


Date: March 15, 2026


Respectfully submitted,


/s/ Iurii Tulin

Iurii Tulin

Defendant, pro se

info@7dotsart.com