# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAENKOVA ELENA VALENTINOVNA, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-1854 |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Fopica Laundry Bag, Tuole LTD, MaiToo, GeazoyDirect, angleoo, and Yuwouni (collectively "Moving Defendants"), by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time to respond to Plaintiff's Complaint [Dkt. 1]. In support thereof, Moving Defendants state as follows:

1. On December 1, 2025, Plaintiff filed a Complaint against numerous Schedule A Defendants alleging copyright infringement. [Dkt. 1].

2. Moving Defendants' deadline to respond to the Complaint was March 16, 2026.

3. Moving Defendants recently retained undersigned counsel to represent them in this action. On March 26, 2026, undersigned counsel filed a Motion for Admission Pro Hac Vice [Dkt. 40], which the Court granted on the same date [Dkt. 41].

4. Due to counsel's recent retention and the need to review the Complaint, the exhibits, the Court's prior Orders, the procedural history of this action, and the merits of the claims

1

asserted against Moving Defendants, additional time is necessary to prepare an adequate response on behalf of Moving Defendants.

5. Moving Defendants respectfully request that the deadline to respond to Plaintiff's Complaint be extended to April 15, 2026.

6. On March 26, 2026, Plaintiff's counsel indicated that Plaintiff does not oppose this extension.

7. This is Moving Defendants' first request for an extension of time. No prior extensions have been sought or granted on behalf of Moving Defendants.

8. This motion is made in good faith and is not sought for the purpose of delay.

WHEREFORE, Moving Defendants respectfully request that this Court enter an Order extending the deadline to respond to Plaintiff's Complaint to and include April 15, 2026.

Dated: March 26, 2026

Respectfully Submitted,

By: /s/ Mingbo Ye
Mingbo Ye Texas Bar# 24124835
Veritas Light Law Group, P.C.
4340 Von Karman Ave, Suite 290, Newport Beach, CA 92660
mingboye@veritaslightlaw.com
Tel: +1(832)-462-0087

*Counsel for Defendants Fopica Laundry Bag, Tuole LTD, MaiToo, GeazoyDirect, angleoo, and Yuwouni*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ Mingbo Ye
Mingbo Ye