## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAENKOVA ELENA VALENTINOVNA, | Civil Action No. |
| Plaintiffs, | 25-cv-1854 |
| v. | (Judge Hornak) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 5 | mimihome |
| 7 | seulife |
| 9 | TLSMCHENYUZHENGZ |
| 12 | wanjingying |
| 13 | CHENGSHIYI |
| 14 | shenglixing |
| 16 | Kurtect |
| 18 | YAODINGHUI |
| 19 | HUAYIDIANZI |
| 20 | shangshuaijie |
| 21 | KANEPE |
| 22 | DDCBNS Store |
| 23 | LuckyBetty |
| 24 | Moonlit Path Home Decor |
| 25 | zhenliemao（Support customized personalized） |
| 27 | MoslionDirect |
| 30 | guangzhouzhengchangshenshangmaoyouxiangongsi |

| 31 | EMXION |
|----|--------|
| 32 | YESPOAK |
| 33 | NingXiStore |
| 34 | CIAIDUHOME |
| 35 | SHOPPING 4U |
| 36 | zhoujiahongbaihuodian |
| 37 | Zengzhifengbaihuojingying |
| 38 | Parachuter |
| 39 | Jmjhy |
| 40 | Lanyubaihuoshanghang |
| 41 | ZHLJ1992-ING |
| 43 | LICHENGYATUOFUSHI |
| 45 | AxxitudeUS |
| 46 | CENXINL |
| 47 | MINGWENGLAN |
| 50 | British Interest |
| 51 | Decaistore |
| 54 | larkverkcar |
| 55 | wanzaixianboxindubaihuodian |
| 56 | wanzaixianlianyabaihuodian |
| 58 | suizhoushizengduqucongjianglongjiajuhang |
| 59 | CHENGXIANGXIZHOUWANGLUO |
| 62 | WHOET MOOE |
| 64 | ELTSKT |
| 66 | JanJCurt |
| 71 | JUAMA |
| 76 | Yongxin Leqi |
| 83 | CVHOUSE Bedding |
| 85 | Guangzhouyufeishangmaoyouxiangongsi |
| 86 | PALETTE SUPPLY |
| 87 | VunKo |
| 88 | DDDchenkeqiang |
| 91 | putianshibianhongmaoyiyouxiangongsi |
| 95 | Nanolii |
| 96 | ChenJinXiangkhjiohjb |
| 97 | Laskairoc |
| 101 | putianjuquanmaoyi |
| 102 | Tropicova |
| 104 | AMCBESS |

| 105 | CoolXian |
|---|---|
| 110 | CLS-GLOBAL |
| 112 | Hersing |
| 114 | HappyGold |
| 115 | Xmyxyy |
| 116 | SANGTEN |
| 121 | SOUL211 |
| 122 | Namoxpa |
| 124 | EASOON |
| 125 | SXboxing |
| 126 | happywindman |
| 128 | PENTELSHOP |
| 129 | WonBIG |
| 133 | Tajemtn |
| 145 | kuiqing |
| 147 | Guangzhoufuxiashangmaoyouxiangongsi |
| 148 | CUTEBAGS-US |
| 150 | Shekkmsa |
| 164 | Vozoza |
| 170 | susiyo |
| 171 | Even's shop |
| 172 | Dunyuanlan DECOR |
| 176 | Lida Store |
| 181 | stasup |
| 186 | JYJEYORA |
| 199 | QPIIN |
| 205 | JHKKU |
| 206 | Sletend |
| 207 | Oplp |
| 208 | JHKKU-M |
| 209 | DUNC |
| 210 | Laprad |
| 211 | Gugusary |
| 213 | Meocouoe SYHC |
| 214 | Meocouoe |
| 215 | VitVerCosy |
| 216 | caiyougongmei |
| 220 | Bulodou |
| 225 | SUMERSUNSHIE |

| 226 | helloladies |
|-----|-------------|
| 227 | HI MISS |
| 228 | NOVEBERSNO |
| 229 | VIKKO |
| 230 | NJNT |
| 231 | MicC |
| 232 | YXXCM |
| 233 | GKM-GLOBAL |
| 235 | juniissl |
| 238 | NIxux |
| 239 | MOFEIYUE |
| 240 | ANLife |
| 241 | Jmwyp |
| 242 | TropicalLife |
| 243 | Yxxwl |
| 245 | GOwnerShop |
| 249 | kingpan |
| 250 | Axolotl-US |
| 257 | BenYaSong |
| 261 | hlgff |
| 262 | hldfc |
| 263 | Holidayoo |
| 264 | USA Essentials Store |
| 265 | Home Products-US |
| 267 | CFLCKJ |
| 272 | Nuolai |
| 275 | Chrobak US |
| 283 | HomeTrading-US |
| 285 | Dyvicl |
| 287 | Hljlj-US |
| 289 | YongmoStore |
| 290 | MUCHENGGIFT BUSINESS LLC |
| 305 | Home Boutique Corner |
| 316 | YuanFlower |
| 317 | JPsunente |
| 324 | GOOD HS |
| 339 | Yueyue processing plant local |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 31, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff